FILED BY **JWV** D.C.

| Prob22 (Rev 3/98) | 05 OCT 21 AM 11: 39 | DOCKET NUMBER (Tran. Court) 1:94CR10042-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION**  THOMAS M. GOULD CLERK U.S. DISTRICT COURT | | DOCKET NUMBER (Rec. Court) 3:05-00144 |

| NAME AND ADDRESS OF PROBATIONER/ SUPERVISED RELEASEE<br><br>**Sammy Dewayne Vonner**<br>**916 Crescent Hills Road**<br>**Nashville, TN   37206** | DISTRICT<br>**WESTERN DISTRICT OF TENNESSEE** | DIVISION<br>**EASTERN DIVISION** |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>**The Honorable James D. Todd** | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM<br>**04-04-2004** | TO<br>**04-03-2009** |

OFFENSE

**Conspiracy to Sell, Distribute or Dispense Crack Cocaine**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF  **Western District of Tennessee**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Middle District of Tennessee** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11 August 2005
Date

*James D. Todd*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF  **Middle District of Tennessee**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/29/05
Date

United States District Judge

373



# Notice of Distribution

This notice confirms a copy of the document docketed as number 373 in case 1:94-CR-10042 was distributed by fax, mail, or direct printing on October 24, 2005 to the parties listed.

---

Hugh Harvey
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

A. Russell Larson
LAW OFFICES OF A. RUSSELL LARSON
P.O. Box 2163
Jackson, TN 38302--216

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT